JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MATHEW RUBEN MANZANO, | ) | No. ED CV 13-02249-RGK (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| W. L. MONTGOMERY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: April 25, 2014

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE